CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
C. J. POTTER, IV, ESQ.
Nevada Bar No. 13225
POTTER LAW OFFICES
1125 Shadow Lane
Las Vegas, Nevada 89102
Ph:  (702) 385-1954
Fax: (702) 385-9081
cpotter@potterlawoffices.com
cj@potterlawoffices.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BENJAMIN GULLEY, | Case No. 2:16-cv-00853-JAD-VCF |
| Plaintiff, | |
| vs. | |
| NYE COUNTY, a Political Subdivision of the State of Nevada, DAVID BORUCHOWITZ, individually; ANTHONY DE MEO, individually; MARK MEDINA, Sergeant, individually; KELLY JACKSON, Sergeant, individually; HARRY WILLIAMS, Detective, individually; LOGAN GIBBS, Detective, individually; MICHAEL EISENLOFFEL, Detective, individually; JAMES SCOTT, Detective, individually; CHRISTOPHER GELSON, Deputy, individually; JOHN KAKAVULIAS, Deputy, individually; ADAM TIPPETTS, Deputy, individually; JASON HEANY, Deputy, individually; STEVEN LEE, an individual; POLICE OFFICER DOES 1-100, JOHN DOES 1 through 100, inclusive; and ROE CORPORATIONS, 1 through 100, | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Benjamin Gulley, through his counsel of record, Cal J. Potter, III, Esq. and C.J. Potter, IV of Potter Law Offices, Defendants Nye County, John Kakavulias and Jason Heany, by and through their counsel of record, Brian Hardy, Esq., of Marquis Aurbach Coffing, and Defendant David

. . .

1  Boruchowitz, by and through his counsel, Phillip Goodhart, Esq., of Thorndal Armstrong Delk
2  Balkenbush and Eisinger, that all claims have been settled.
3       IT IS FURTHER STIPULATED AND AGREED that the above-entitled action may be
4  dismissed with prejudice, each party to bear its own costs and attorney fees.
5       Trial in this matter has not been scheduled.

6  Dated this 3rd day of January, 2017                Dated this 3rd day of January, 2017

7  MARQUIS AURBACH COFFING                            THORNDAL, ARMSTRONG, DELK,
8                                                     BALENBUSH & EISINGER

9  By: /s/ Brian R. Hardy, Esq.                       By: /s/ Philip goodhart, Esq.
10 Brian R. Hardy, Esq.                               Philip Goodhart, Esq.
   Nevada Bar No. 10068                               Nevada Bar No. 5332
11 10001 Park Run Drive                               1100 E. Bridger Avenue
   Las Vegas, Nevada 89145                            P. O. Drawer 2070
12 *Attorneys for Nye County, John Kakavulias*        Las Vegas, NV 89125-20070
   *and Jason Heany*                                  *Attorney for Defendant Boruchowitz*

13

14

15 Dated this 3rd day of January, 2017

16 POTTER LAW OFFICES

17 By: /s/ Cal J. Potter, III, Esq.
18 Cal J. Potter, Esq.
   Nevada Bar No. 1988
19 C. J. Potter, Esq.
   Nevada Bar No. 13225
20 1125 Shadow Lane
   Las Vegas, Nevada 89102
21 *Attorneys for Plaintiff*

22                              **ORDER**

23       Based on the parties' stipulation, IT IS HEREBY ORDERED that this action is
24 DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is
25 instructed to CLOSE this case.
26       Dated: January 4, 2017.

27                                          _____
28                                          UNITED STATES DISTRICT JUDGE

2